No. 62.   KAISER *v.* NEW YORK, *ante,* p. 280;

No. 109.   SNYDER *v.* HARRIS ET AL., *ante,* p. 332;

No. 199.   HARRIS, U. S. DISTRICT JUDGE (WALKER, REAL PARTY IN INTEREST) *v.* NELSON, WARDEN, *ante,* p. 286;

No. 940.   KENNEY *v.* AMERICAN CAN CO., 393 U. S. 1119;

No. 1005.   HOWE *v.* GENERAL MOTORS CORP., *ante,* p. 919;

No. 1012.   NATIONAL SPONGE CUSHION CO., INC. *v.* ALLEN INDUSTRIES, INC., ET AL., *ante,* p. 920;

No. 1042.   GOULD ET UX. *v.* AMERICAN WATER WORKS SERVICE CO., INC., ET AL., *ante,* p. 943;

No. 1087.   ASHTON *v.* UNITED STATES, *ante,* p. 960;

No. 524, Misc.   CASSASA *v.* CALIFORNIA, 393 U. S. 1066;

No. 857, Misc.   BUSH *v.* UNITED STATES, 393 U. S. 532; and

No. 1457, Misc.   GLASS *v.* UNITED STATES, *ante,* p. 939. Petitions for rehearing denied.

MAY 12, 1969.

No. 5, Misc.   SANCHEZ *v.* CALIFORNIA.   Sup. Ct. Cal. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.   *Charles F. Prael* for petitioner.   *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Karl S. Mayer,* Deputy Attorneys General, for respondent.   [For earlier order herein, see 389 U. S. 999.]